UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-317 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Kyrees Darius Johnson (1),<br>Rafael Carter Wesley (2),<br>Avont Akira Drayton (3), | |
| Defendants. | |

This matter is before the Court on the Government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2. 12.3 and 26.2 (ECF No. [16]). The Government seeks discovery and disclosure as required by Rules 12.1, 12.2, 12.3, 16(b) and 26.2 of the Federal Rules of Criminal Procedure from each of the Defendants. The Government's Motion is **GRANTED** insofar as Defendants Johnson, Wesley, and Drayton shall provide discovery to the extent required by the applicable rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

a. Initial expert disclosures: 28 days prior to trial.

b. Rebuttal expert disclosures: 14 days prior to trial.

**SO ORDERED.**

Dated: January 3, 2024                                    *s/ Dulce J. Foster*
                                                          Dulce J. Foster
                                                          United States Magistrate Judge

1